UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| BRYAN CHARLES ARMSTRONG,<br><br>Plaintiff,<br><br>vs.<br><br>BUTTE SILVER BOW COUNTY, ED LESTER, MARK JOHNSON, and CAPTAIN RAY VAUGHN,<br><br><br>Defendant. | Case No. CV-25-15-BU-DLC<br><br>JUDGMENT IN A CIVIL CASE |

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED that in accordance with the Order dated December 11, 2025, Doc. 26, judgment is entered in favor of Defendants.

Dated this 11th day of December, 2025.

TYLER P. GILMAN, CLERK

By:   /s/ Sarah Nagy
         Deputy Clerk